```
 1  JAMES R. HOMOLA   #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for Defendant
    SARAD CHAND
 5

 6

 7           IN THE UNITED STATES DISTRICT COURT FOR THE

 8                  EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA      |
                                  |
11          Plaintiff,            |   Case No. 1:12-cr-425 LJO-SKO
    vs.                           |
12                                |   STIPULATION AND PROPOSED
    SARAD CHAND                   |   ORDER TO CONTINUE
13                                |
           Defendant.             |
14  _____|

15      Defendant SARAD CHAND by and through his attorney James R.

16  Homola, and the united States of America, by and through its

17  attorney, Mark McKeon, Assistant U.S. Attorney, hereby stipulate

18  to the following joint request:

19      That the hearing scheduled for May 20, 2013 be continued to

20  July 15, 2009 at 1:00 pm.  The continuance is requested to permit

21  the provision of remaining discovery, and completion of plea

22  negotiations between the parties.

23  DATED: May 14, 2009

24      /s/ James R. Homola          /S/ Mark J. McKeon
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

| JAMES R. HOMOLA | MARK J. MCKEON |
| Attorney for Defendant | Assistant U.S. Attorney |
| SARAD CHAND | |

**ORDER**

The parties' stipulated request for a continuance of the status conference date to **July 15, 2013,** is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of plea hearing before United States District Judge Lawrence J. O'Neill prior to July 15, 2013. If the parties are unable to reach an agreement that resolves this matter prior to July 15, 2013, they **shall** be prepared to select a mutually acceptable trial date at the next status conference on July 15, 2013.

The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:  May 16, 2013**               /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111