```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SARAD CHAND
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA        |
                                |
         Plaintiff,             | Case No. 1:12-cr-425 LJO-SKO
vs.                             |
                                | STIPULATION AND
SARAD CHAND                     | ORDER TO MODIFY CONDITIONS
                                | CONDITIONS OF RELEASE
         Defendant.             |
_____|
```

Defendant SARAD CHAND by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Mark McKeon, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the condition of release requiring Mr CHAND to seek and maintain employment be vacated, all other conditions of release to remain in force.

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

DATED: July 9, 2013

/s/ James R. Homola  /S/ Mark J. McKeon
JAMES R. HOMOLA      MARK J. MCKEON
Attorney for Defendant  Assistant U.S. Attorney
SARAD CHAND

**ORDER**

IT IS SO ORDERED.

Dated: **July 12, 2013**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111