```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for Defendant
    SARAD CHAND
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                      EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA      |
                                  |
11          Plaintiff,             |    Case No. 1:12-cr-425 LJO-SKO
    vs.                           |
12                                |    STIPULATION AND
    SARAD CHAND                   |    ORDER TO CONTINUE
13                                |
         Defendant.                |
14  _____|

15       Defendant SARAD CHAND by and through his attorney James R.

16  Homola, and the united States of America, by and through its

17  attorney, Mark McKeon, Assistant U.S. Attorney, hereby stipulate

18  to the following joint request:

19       That the hearing scheduled for July 15, 2013 be continued to

20  September 3, 2013 at 1:00 pm.  The continuance is requested

21  because counsel is currently in trial, to permit the completion of
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

plea negotiations between the parties.

DATED: July 10, 2013

/s/ James R. Homola  /S/ Mark J. McKeon
JAMES R. HOMOLA  MARK J. MCKEON
Attorney for Defendant  Assistant U.S. Attorney
SARAD CHAND

**ORDER**

The parties' request to continue the status conference is DENIED.

IT IS SO ORDERED.

Dated: **July 12, 2013**          **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111